|   |   |
|---|---|
| JERRY HOWATT, | ) |
|  | ) CASE NO. C12-0327-RAJ |
| Plaintiff, | ) |
|  | ) |
| v. | ) ORDER OF REMAND |
|  | ) |
| MICHAEL L. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. Dkt.#23. The Honorable Mary Alice Theiler, United States Magistrate Judge, has issued a Report and Recommendation (Dkt.#24) recommending the court grant the motion. The court ADOPTS the Report and Recommendation, reverses the Commissioner's Social Security Administration's decision, and REMANDS this action for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The clerk shall enter judgment for Plaintiff.

DATED this 9th day of August, 2012.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Court Judge

ORDER OF REMAND
PAGE - 1